IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DATE**:  January 9, 2026

UNITED STATES OF AMERICA

               v.

:         CRIMINAL ACTION
:
:

**ISAIAH ADAMS**
2109 Bayshore Blvd
Apt 506
Tampa, FL 33606

:         NO.  25-523-1

**FILED UNDER SEAL**

## NOTICE OF HEARING

**TAKE NOTICE** that the defendant is scheduled for a **ARRAIGNMENT and PLEA HEARING on FEBRUARY 18, 2026, at 10:30 a.m.**, before the **Honorable Nitza I. Quiñones Alejandro** in **Courtroom 8-B, 8th Floor** of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☐ **Hearing RESCHEDULED from:**

For additional information, please contact the undersigned.

By:          /s/ Nicole Phillippi
            Deputy clerk for Judge Quiñones
            Phone: 267-299-7461

cc via U.S. Mail:     Defendant
cc via email:        Todd Fiore, Esquire
                    Louis D. Lappen, AUSA
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator