

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Jerome M. Maiatico*  
*Assistant U.S. Attorney*

*615 Chestnut Street*  
*Suite 1250*  
*Philadelphia, Pennsylvania 19106-4476*  
*(215) 861-8200*

January 15, 2026

U.S. District Court Clerk's Office  
Criminal Division  
2609 United States Courthouse  
601 Market Street  
Philadelphia, PA 19106

      **Re:**    *United States v. Isaiah Adams*  
               <u>**Criminal No. 25-523**</u>

Dear Clerk's Office:

      Please unimpound the information in the above-captioned case this morning by 9:00am. The information was filed under seal on December 11, 2025.

                          Very truly yours,

                          DAVID METCALF  
                          United States Attorney

*[signature]*

                          JEROME M. MAIATICO  
                          LOUIS D. LAPPEN  
                          Assistant United States Attorneys